IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PRUVIT VENTURES, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:24-CV-00307-SDJ-AGD |
| v. | § | |
| | § | |
| MICHAEL RUTHERFORD, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Pending before the court is Defendants Keisha O'Neal and Michael Rutherford's Motion to Dismiss (Dkt. #14). Defendants move the court to dismiss Plaintiff's first amended complaint. On June 21, 2024, Plaintiff Pruvit Ventures, Inc. filed a Second Amended Complaint (Dkt. #15). Accordingly,

It is therefore **ORDERED** that Defendants' Motion to Dismiss (Dkt. #14) Plaintiff's first amended complaint is **DENIED as moot** in light of Plaintiff's Second Amended Complaint (Dkt. #15).

**IT IS SO ORDERED.**

**SIGNED this 18th day of July, 2024.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE